UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SCHOONER CREEK FARM, .<br>SARAH DYE, and<br>DOUGLAS MACKEY,<br><br>                Plaintiffs,<br>  v.<br><br>CITY OF BLOOMINGTON, INDIANA,<br><br>And,<br><br>JOHN HAMILTON, in his official capacity<br>as Mayor of the City of Bloomington, Indiana and<br>in his individual capacity,<br><br>And,<br><br>PAULA MCDEVITT, in her official capacity<br>as Administrator of the Bloomington Parks and,<br>Recreation Department and in her<br>individual capacity,<br><br>And,<br><br>MARCIA VELDMAN, in her official capacity<br>As the Program Coordination for the Bloomington<br>Community Farmers Market and in her<br>Individual capacity,<br><br>                Defendants. | Case No. 1:20-CV-518 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel

        for:

        Plaintiffs, Schooner Creek Farm, Sarah Dye and Douglas Mackey

Date:   February 14, 2020                    /s/ *Michael J. Bruzzese*
                                                                                            Michael J. Bruzzese   (33756-49)
                                                                                            50 East 91st Street, Suite 104
                                                                                            Indianapolis, IN 46240
                                                                                            mbruzzese@indylitigation.com
                                                                                            Tel:    317-846-4000
                                                                                            Fax:   317-846-8000