UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SCHOONER CREEK FARM, .  )<br>SARAH DYE, and )<br>DOUGLAS MACKEY, )<br>)<br>         Plaintiffs, )<br>)<br>     v. )<br>)<br>CITY OF BLOOMINGTON, INDIANA, )<br>)<br>And, )<br>)<br>JOHN HAMILTON, in his official capacity )<br>as Mayor of the City of Bloomington, Indiana and )<br>in his individual capacity, )<br>)<br>And, )<br>)<br>PAULA MCDEVITT, in her official capacity )<br>as Administrator of the Bloomington Parks and, )<br>Recreation Department and in her )<br>individual capacity, )<br>)<br>And, )<br>)<br>MARCIA VELDMAN, in her official capacity )<br>As the Program Coordination for the Bloomington )<br>Community Farmers Market  and in her )<br>Individual capacity, )<br>)<br>         Defendants. )<br>_____ )<br>)<br>CITY OF BLOOMINGTON, INDIANA, )<br>)<br>And, )<br>)<br>JOHN HAMILTON, in his official capacity )<br>as Mayor of the City of Bloomington, Indiana and )<br>in his individual capacity, )<br>)<br>And, )  | Case No. 1:20-cv-00518-RLY-DML |

| | |
|---|---|
| PAULA MCDEVITT, in her official capacity as Administrator of the Bloomington Parks and, Recreation Department and in her individual capacity, | )<br>)<br>)<br>)<br>) |
| And, | )<br>) |
| MARCIA VELDMAN, in her official capacity As the Program Coordination for the Bloomington Community Farmers Market and in her individual capacity, | )<br>)<br>)<br>)<br>) |
| Counter-claim Plaintiffs, | )<br>) |
| v. | ) |
| SARAH DYE, and DOUGLAS MACKEY, | )<br>) |
| Counter-claim Defendants. | ) |

## **PLAINTIFFS' PRELIMINARY WITNESS LIST**

Pursuant to the Section III(B) of the Case Management Plan, the Plaintiffs, Schooner Creek Farm, Sarah Dye and Douglas Mackey, hereby submit their Preliminary Witness List.

## **WITNESSES**

1. Sarah Dye, Plaintiff;

2. Douglas Mackey, Plaintiff;

3. John Hamilton, Mayor of the City of Bloomington;

4. Paula McDevitt, Administrator of the Bloomington Parks and Recreation Department;

5. Marcia Veldman, Program Coordination for the Bloomington Community Farmers' Market;

6. As yet unknown members of No Space for Hate;

7. As yet unknown Farm Vendors;

8. Pete Dietzel, Stand Assistant for Schooner Creek Farms;

9. Scott Oldham, Bloomington PD Officer;

10. Additional Bloomington PD Officers as yet unknown;

11. Any and all witnesses listed by any party to this action;

12. Any and all persons identified in depositions taken in this cause of action;

13. Any and all witnesses discovered through additional investigation or discovery;

14. Any person necessary to authenticate any document or lay proper foundation for the admission of any evidence;

15. Any person who is or will be deposed in this matter; and

16. Any witness necessary for impeachment and/or rebuttal.

Plaintiffs reserve the right to amend and update this list of witnesses upon completion of further investigation and discovery, or for purposes of rebuttal or impeachment.

Respectfully submitted,

ORZESKE & BLACKWELL, P.C.

*/s/ Jacob A. Catt*
Jacob A. Catt                  (35788-49)
Michael J. Bruzzese            (33756-49)
50 East 91st Street, Suite 104
Indianapolis, IN 46240
Telephone: (317) 846-4000
Email: mbruzzese@indylitigation.com
         jcatt@indylitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, a copy of the foregoing Plaintiffs' Preliminary Witness List were served by operation of the Court's CM/ECF system upon the following counsel:

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone: 317-844-3830
Fax: 317-573-4194
Email: pschneeman@stephlaw.com

>                                  */s/ Jacob A. Catt*
> Jacob A. Catt             (35788-49)
> Michael J. Bruzzese       (33756-49)
> Orzeske & Blackwell, P.C.
> 50 East 91st Street, Suite 104
> Indianapolis, IN 46240
> Telephone: (317) 846-4000
> Email: mbruzzese@indylitigation.com
>            jcatt@indylitigation.com

4