UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DYE, ) | |
| DOUGLAS MACKEY, ) | |
| SCHOONER CREEK FARM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-00518-RLY-DML |
| ) | |
| CITY OF BLOOMINGTON, INDIANA, ) | |
| MARCIA VELDMAN, ) | |
| PAULA MCDEVITT, ) | |
| JOHN HAMILTON, ) | |
| ) | |
| Defendants. ) | |

## Order on Defendants' Motion for Extension of Time

The court deems timely the defendants' response, at Dkt. 43, to the plaintiffs' motion for summary judgment. Their motion (Dkt. 40) to file a response by October 13 is therefore GRANTED.

The court highlights, however, that the case management order prohibits a party from filing successive motions for summary judgment without obtaining leave of court: "Absent leave of Court, and for good cause shown, all issues raised on summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion." (Dkt. 28, Section IV.C). The plaintiffs filed their motion for partial summary judgment without seeking leave to raise some issues now on summary judgment and reserve an ability to raise other issues later on summary judgment.

So ORDERED.

Dated: October 21, 2020

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system