UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCHOONER CREEK FARM, | ) |
| SARAH DYE, and DOUGLAS MACKEY | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 1:20-cv-00518-RLY-DML |
| | ) |
| CITY OF BLOOMINGTON, INDIANA, | ) |
| | ) |
| And, | ) |
| | ) |
| JOHN HAMILTON, in his official capacity | ) |
| As Mayor of the City of Bloomington, Indiana and | ) |
| in his individual capacity, | ) |
| | ) |
| And, | ) |
| | ) |
| PAULA MCDEVITT, in her official capacity | ) |
| as Administrator of the Bloomington Parks and, | ) |
| Recreation Department and in her individual | ) |
| capacity, | ) |
| | ) |
| And, | ) |
| | ) |
| MARCIA VELDMAN, in her official capacity | ) |
| As the Program Coordination for the Bloomington | ) |
| Community Farmers Market and in her individual | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| CITY OF BLOOMINGTON, INDIANA, | ) |
| | ) |
| And, | ) |
| | ) |
| JOHN HAMILTON, in his official capacity | ) |
| As Mayor of the City of Bloomington, Indiana and | ) |
| in his individual capacity, | ) |
| | ) |
| And, | ) |
| | ) |

| | |
|---|---|
| PAULA MCDEVITT, in her official capacity as Administrator of the Bloomington Parks and, Recreation Department and in her individual capacity, | ) ) ) ) |
| And, | ) ) |
| MARCIA VELDMAN, in her official capacity As the Program Coordination for the Bloomington Community Farmers Market and in her individual capacity, | ) ) ) ) ) |
| Counter-claim Plaintiffs, | ) ) |
| v. | ) ) |
| SARAH DYE, and DOUGLAS MACKEY, | ) ) |
| Counter-claim Defendants. | ) |

## **BLOOMINGTON'S MOTION FOR SUMMARY JUDGMENT**

Come now the City of Bloomington, Mayor John Hamilton, Paula McDevitt, and Marcia Veldman (collectively, "Bloomington"), by counsel, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56-1, move the Court to enter summary judgment in their favor. In support of this motion, they state:

1. There are no genuine issues of material fact.

2. Bloomington is entitled to a judgment in its favor as a matter of law.

3. Bloomington files its supporting brief and designation of evidence herewith.

WHEREFORE, the Court should grant summary judgment in favor of Bloomington, award Bloomington its costs in this action, and grant Bloomington all other relief just and proper in the premises.

Respectfully submitted,

STEPHENSON MOROW & SEMLER

2

/s/ Pamela G. Schneeman
Pamela G. Schneeman
Attorney No. 18142-53
Attorney for City of Bloomington,
Mayor John Hamilton, Paula McDevitt
and Marcia Veldman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@stephlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, a copy of the foregoing BLOOMINGTON'S MOTION FOR SUMMARY JUDGMENT was served electronically to:

**Michael Jay Bruzzese**
ORZESKE & BLACKWELL, P.C
50 East 91st Street
Suite 104
Indianapolis, IN 46240
mbruzzese@indylitigation.com

**Jacob Alexander Catt**
ORZESKE & BLACKWELL, P.C
50 East 91st Street
Suite 104
Indianapolis, IN 46240
jcatt@indylitigation.com

/s/ Pamela G. Schneeman
Pamela G. Schneeman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone: 317-844-3830
Fax: 317-573-4194
Email: pschneeman@stephlaw.com