UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCHOONER CREEK FARM, ) <br> SARAH DYE, and DOUGLAS MACKEY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF BLOOMINGTON, INDIANA, ) <br> ) <br> And, ) <br> ) <br> JOHN HAMILTON, in his official capacity ) <br> As Mayor of the City of Bloomington, Indiana and ) <br> in his individual capacity, ) <br> ) <br> And, ) <br> ) <br> PAULA MCDEVITT, in her official capacity ) <br> as Administrator of the Bloomington Parks and, ) <br> Recreation Department in her individual capacity, ) <br> ) <br> And, ) <br> ) <br> MARCIA VELDMAN, in her official capacity ) <br> As the Program Coordination for the Bloomington ) <br> Community Farmers Market and in her individual ) <br> capacity, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> CITY OF BLOOMINGTON, INDIANA, ) <br> ) <br> And, ) <br> ) <br> JOHN HAMILTON, in his official capacity ) <br> As Mayor of the City of Bloomington, Indiana and ) <br> in his individual capacity, ) <br> ) | Cause No. 1:20-cv-00518-RLY-DML |

| | |
|---|---|
| And, | ) |
| | ) |
| PAULA MCDEVITT, in her official capacity | ) |
| as Administrator of the Bloomington Parks and, | ) |
| Recreation Department in her individual capacity, | ) |
| | ) |
| And, | ) |
| | ) |
| MARCIA VELDMAN, in her official capacity | ) |
| As the Program Coordination for the Bloomington | ) |
| Community Farmers Market and in her individual | ) |
| capacity, | ) |
| | ) |
| Counter-claim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SARAH DYE, and DOUGLAS MACKEY, | ) |
| | ) |
| Counter-claim Defendants. | ) |

## UNOPPOSED MOTION TO DISMISS THE SOLE REMAINING CLAIM

Come now the City of Bloomington, Mayor John Hamilton, Paula McDevitt, and Marcia Veldman (collectively, "Counter-claim Plaintiffs"), by counsel, and move the Court to dismiss the sole remaining claim in this action—that being their counter-claim for the breach of contract. In support of this motion, they state:

1.  As a result of the Court's rulings at Docket Nos. 83 and 84 , all claims in this action have been resolved except for the Counter-claim Plaintiffs' breach of contract claim.

2.  The Counter-claim Plaintiffs do not wish to continue the litigation in this Court to pursue that claim and move the Court to dismiss it so that a final judgment may issue.

3.  Counsel for the Counter-claim Plaintiffs has discussed this motion with counsel for the Counter-claim Defendants and been advised that the Counter-claim Defendants have no objection.

WHEREFORE, the Counter-claim Plaintiffs move the Court to dismiss the sole remaining breach of contract counter-claim and proceed to issue a final judgment.

Respectfully submitted,

STEPHENSON MOROW & SEMLER

*s/Pamela G. Schneeman*_____
Pamela G. Schneeman
Attorney No. 18142-53
Attorney for Defendants,
City of Bloomington, Mayor John Hamilton
Paula McDevitt and Marcia Veldman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@stephlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a copy of the foregoing UNOPPOSED MOTION TO DISMISS THE SOLE REMAINING CLAIM was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Michael Jay Bruzzese**
ORZESKE & BLACKWELL, P.C
50 East 91st Street
Suite 104
Indianapolis, IN 46240
mbruzzese@indylitigation.com

**Jacob Alexander Catt**
ORZESKE & BLACKWELL, P.C
50 East 91st Street
Suite 104
Indianapolis, IN 46240
jcatt@indylitigation.com

/s/ Pamela G. Schneeman
Pamela G. Schneeman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone: 317-844-3830
Fax: 317-573-4194
Email: pschneeman@stephlaw.com

19-7108/pal