UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCHOONER CREEK FARM, ) <br> SARAH DYE, and DOUGLAS MACKEY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF BLOOMINGTON, INDIANA, ) <br> ) <br> And, ) <br> ) <br> JOHN HAMILTON, in his official capacity ) <br> As Mayor of the City of Bloomington, Indiana and ) <br> in his individual capacity, ) <br> ) <br> And, ) <br> ) <br> PAULA MCDEVITT, in her official capacity ) <br> as Administrator of the Bloomington Parks and, ) <br> Recreation Department in her individual capacity, ) <br> ) <br> And, ) <br> ) <br> MARCIA VELDMAN, in her official capacity ) <br> As the Program Coordination for the Bloomington ) <br> Community Farmers Market and in her individual ) <br> capacity, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> CITY OF BLOOMINGTON, INDIANA, ) <br> ) <br> And, ) <br> ) <br> JOHN HAMILTON, in his official capacity ) <br> As Mayor of the City of Bloomington, Indiana and ) <br> in his individual capacity, ) <br> ) | Cause No. 1:20-cv-00518-RLY-DML |

| | |
|---|---|
| And, | ) |
| | ) |
| PAULA MCDEVITT, in her official capacity | ) |
| as Administrator of the Bloomington Parks and, | ) |
| Recreation Department in her individual capacity, | ) |
| | ) |
| And, | ) |
| | ) |
| MARCIA VELDMAN, in her official capacity | ) |
| As the Program Coordination for the Bloomington | ) |
| Community Farmers Market and in her individual | ) |
| capacity, | ) |
| | ) |
| Counter-claim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SARAH DYE, and DOUGLAS MACKEY, | ) |
| | ) |
| Counter-claim Defendants. | ) |

## ORDER DISMISSING REMAINING COUNTER-CLAIM

The Court, having considered the Counter-claim Plaintiffs' motion to dismiss the sole remaining claim in this action—their counter-claim for the breach of contract—finds that the motion is both meritorious and unopposed. The motion is therefore GRANTED.

The Counter-claim Plaintiffs' breach of contract claim is dismissed without prejudice.

IT IS SO ORDERED.


Date: _____            _____
                                  Richard L. Young, Judge
                                  United States District Court


Copies to:

Electronically registered counsel of record via ECF.