UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DYE, <br> DOUGLAS MACKEY, and <br> SCHOONER CREEK FARM, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CITY OF BLOOMINGTON, INDIANA, <br> MARCIA VELDMAN, <br> PAULA MCDEVITT, and <br> JOHN HAMILTON, <br> <br> Defendants. <br>  _____ <br> <br> PAULA MCDEVITT, <br> CITY OF BLOOMINGTON, INDIANA, <br> JOHN HAMILTON, and <br> MARCIA VELDMAN, <br> <br> Cross Claimants, <br> <br> v. <br> <br> SARAH DYE and <br> DOUGLAS MACKEY, <br> <br> Cross Defendants. | No. 1:20-cv-00518-RLY-DML |

**ENTRY DISMISSING FINAL CLAIM**

On January 19, 2022, the court denied Plaintiffs' motion for partial summary judgment on Defendants' counterclaim for breach of contract. That same day, the court granted summary judgment in favor of Defendants on all of Plaintiffs' claims. As a result

1

of those two entries, all claims in this action have been resolved except for Defendants' counterclaim.

Now pending before the court is Defendants' Unopposed Motion to Dismiss the Remaining Claim. That motion (Filing No. 86) is **GRANTED**. Final judgment in this matter shall issue forthwith.

**SO ORDERED** this 4th day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.