UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DYE, DOUGLAS MACKEY, and SCHOONER CREEK FARM, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BLOOMINGTON, INDIANA, MARCIA VELDMAN, PAULA MCDEVITT, and JOHN HAMILTON, <br><br> Defendants. | No. 1:20-cv-00518-RLY-DML |
| PAULA MCDEVITT, CITY OF BLOOMINGTON, INDIANA, JOHN HAMILTON, and MARCIA VELDMAN, <br><br> Cross Claimants, <br><br> v. <br><br> SARAH DYE and DOUGLAS MACKEY, <br><br> Cross Defendants. | |

1

## FINAL JUDGMENT

The court, having resolved all claims in this matter, now issues final judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 4th day of February 2022.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.