AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Sarah Dye, Douglas Mackey and
Schooner Creek Farm

v.

City of Bloomington, Indiana, Marcia Veldman,
Paula McDevitt and John Hamilton

Case No.: 1:20-cv-518-RLY-DML

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/04/2022__ against __Plaintiffs__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 4,656.77 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 4,656.77 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: Pamela G. Schneeman, STEPHENSON MOROW & SEMLER

Name of Attorney: 3077 E. 98th St. Ste. 240 Indianapolis, IN 46256

For: Defendants, City of Bloomington, Veldman, McDevitt & Hamilton    Date: 02/04/2022
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __$4,656.77__ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

FISHER REPORTING, INC.

P.O. Box 214
Ellettsville, IN 47429
PHONE: {812}876-7312
    FAX: {812} 876-9186

| Date | Invoice # |
|---|---|
| 12/23/2020 | 13648 |

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46260-2331

PAID 04/08/2021

TAX ID: 35 1986806

fisherreporting@bluemarble.net

| TERMS | ATTN: |
|---|---|
| Net 30 | |

| RECORDED | CASE NAME | AMOUNT |
|---|---|---|
| 12/14/2020 | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>SCHOONER CREEK FARM,<br>SARAH DYE, and<br>DOUGLAS MACKEY<br>    Plaintiffs,<br>v.<br>CITY OF BLOOMINGTON, INDIANA And<br>JOHN HAMILTON, in his official capacity<br>as Mayor of the City of Bloomington, Indiana and<br>in his individual capacity,<br>And,<br>PAULA MCDEVITT, in her official capacity<br>as Administrator of the Bloomington Parks and<br>Recreation Department and in her<br>individual capacity,<br>And,<br>MARCIA VELDMAN, in her official capacity<br>as the Program Coordinator for the Bloomington<br>Community Farmers Market and in her individual capacity,<br>Defendants.<br><br>ETRANSCRIPT COPY OF THE DEPOSITION OF SCOTT OLDHAM<br>AND MARCIA VELDMAN<br> etranscripts with exhibits/ audio attached (Exhibit 6) | 330.00 |
| 4/2/2021 | YOUR ACCOUNT IS NOW PAST DUE.   PLEASE SUBMIT YOUR PAYMENT PROMPTLY. | 0.00 |
| 3/2/2021 | YOUR ACCOUNT IS NOW PAST DUE.   PLEASE SUBMIT YOUR PAYMENT PROMPTLY. | 0.00 |

We appreciate your prompt payment.

**Balance Due** $0.00

**Fisher Reporting LLC**
1268 S College Mall Road
Bloomington, IN  47401
fisherreporting@bluemarble.net

# INVOICE

**BILL TO**
STEPHENSON
MOROW & SEMLER
3077 East 98th Street,
Suite 240
Indianapolis, IN  46280

**INVOICE #** 1008
**DATE** 01/27/2021
**DUE DATE** 02/26/2021
**TERMS** Net 30

| DATE RECORDED | SERVICE PROVIDED | AMOUNT |
|---|---|---|
| 01/12/2021 | **Copy of eTranscript** SCHOONER CREEK FARM V CITY OF BLOOMINGTON signature request, copy of etranscript and exhibits for the deposition of John Hamilton | 340.00 |
| 01/12/2021 | **Copy of eTranscript** SCHOONER CREEK FARM V CITY OF BLOOMINGTON signature request, copy of etranscript and exhibits for the deposition of Paula McDevitt | 188.00 |

Thank you for your business. It was a pleasure working with you.

**PAYMENT** 528.00
**BALANCE DUE** **$0.00**

PAID

Fisher Reporting LLC
Tax ID: 86-1183377

# INVOICE

1 of 1

**StewartRichardson**

**DEPOSITION SERVICES**

800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 244134 | 2/2/2021 | 158214 |
| Job Date | | Case No. |
| 1/19/2021 | | 1:20-cv-00518-RLY-DML |
| Case Name | | |
| Schooner Creek Farm, et al. v. City of Bloomington, Indiana, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street
Suite 240
Indianapolis, IN 46280

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Sarah Elizabeth Dye

2,060.28

**TOTAL DUE   >>>**             **$2,060.28**

AFTER 3/4/2021 PAY             $2,163.29

Thank you! Your business is appreciated. If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

We are now introducing PAPERLESS INVOICING! We will no longer be sending paper invoices unless specifically requested. If you wish to have all invoices sent to one e-mail address for your firm, or wish to receive only paper invoices, please reach out to haley@stewartrichardson.com with the details of your request.

(-) Payments/Credits:     2,060.28
(+) Finance Charges/Debits:    103.01
(=) New Balance:           $0.00

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street
Suite 240
Indianapolis, IN 46280

Job No.      : 158214           BU ID    : SRA
Case No.     : 1:20-cv-00518-RLY-DML
Case Name    : Schooner Creek Farm, et al. v. City of
               Bloomington, Indiana, et al.
Invoice No.  : 244134           Invoice Date : 2/2/2021
Total Due    : $0.00

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE

1 of 1

**StewartRichardson**

**DEPOSITION SERVICES**

800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 244353 | 2/2/2021 | 158213 |
| Job Date | Case No. | |
| 1/20/2021 | 1:20-cv-00518-RLY-DML | |
| Case Name | | |
| Schooner Creek Farm, et al. v. City of Bloomington, Indiana, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street
Suite 240
Indianapolis, IN 46280

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    D. Douglas Paul Mackey

                                  1,079.20

**TOTAL DUE >>>**           **$1,079.20**

AFTER 3/4/2021 PAY       $1,133.16

Thank you! Your business is appreciated. If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

We are now introducing PAPERLESS INVOICING! We will no longer be sending paper invoices unless specifically requested. If you wish to have all invoices sent to one e-mail address for your firm, or wish to receive only paper invoices, please reach out to haley@stewartrichardson.com with the details of your request.

| | |
|---|---|
| (-) **Payments/Credits:** | 1,079.20 |
| (+) **Finance Charges/Debits:** | 53.96 |
| (=) **New Balance:** | **$0.00** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

---

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street
Suite 240
Indianapolis, IN 46280

Job No.         : 158213          BU ID       : SRA
Case No.      : 1:20-cv-00518-RLY-DML
Case Name  : Schooner Creek Farm, et al. v. City of
                         Bloomington, Indiana, et al.
Invoice No.  : 244353            Invoice Date : 2/2/2021
Total Due    : **$0.00**

**PAYMENT WITH CREDIT CARD**     AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **STEWART RICHARDSON DEPOSITION
                  SERVICES
                  One Indiana Square, Suite 2425
                  211 N. Pennsylvania
                  Indianapolis, IN 46204**

# INVOICE

1 of 1

**StewartRichardson**

**DEPOSITION SERVICES**

800.869.0873   www.stewartrichardson.com

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street
Suite 240
Indianapolis, IN 46280

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 244365 | 2/3/2021 | 158802 |
| Job Date | Case No. | |
| 1/21/2021 | 1:20-cv-00518-RLY-DML | |
| Case Name | | |
| Schooner Creek Farm, et al. v. City of Bloomington, Indiana, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Peter Earl Diezel

                                                                                                                                                                      478.40

**TOTAL DUE   >>>**     **$478.40**

AFTER 3/5/2021   PAY     $502.32

Thank you!  Your business is appreciated. If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

We are now introducing PAPERLESS INVOICING! We will no longer be sending paper invoices unless specifically requested. If you wish to have all invoices sent to one e-mail address for your firm, or wish to receive only paper invoices, please reach out to haley@stewartrichardson.com with the details of your request.

| | |
|---|---|
| (-) Payments/Credits: | 502.32 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street
Suite 240
Indianapolis, IN 46280

Job No.      : 158802          BU ID     : SRA
Case No.    : 1:20-cv-00518-RLY-DML
Case Name : Schooner Creek Farm, et al. v. City of
                  Bloomington, Indiana, et al.
Invoice No.  : 244365          Invoice Date : 2/3/2021
**Total Due   : $0.00**

Remit To:  **STEWART RICHARDSON DEPOSITION
               SERVICES
               One Indiana Square, Suite 2425
               211 N. Pennsylvania
               Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

## CERTIFICATE OF SERVICE

I hereby certify that on February 4 2022, a copy of the foregoing BILL OF COSTS was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Michael Jay Bruzzese**
ORZESKE & BLACKWELL, P.C
50 East 91st Street
Suite 104
Indianapolis, IN 46240
mbruzzese@indylitigation.com

**Jacob Alexander Catt**
ORZESKE & BLACKWELL, P.C
50 East 91st Street
Suite 104
Indianapolis, IN 46240
jcatt@indylitigation.com

/s/ Pamela G. Schneeman
Pamela G. Schneeman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone: 317-844-3830
Fax: 317-573-4194
Email: pschneeman@stephlaw.com